[No. 5236-1.   Division One.   June 12, 1978.]

RAY PEARSON, *Respondent,* v. MERLYN HONRUD,
*Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 50264, Jack S. Kurtz, J., entered
November 23, 1976. *Affirmed* by unpublished per curiam
opinion.

[No. 5448-1.   Division One.   June 12, 1978.]

RICHARD E. SCHEUMANN, ET AL, *Respondents,* v.
WILLIAM WEAVER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 815139, W. R. Cole, J., entered February 10,
1977. *Affirmed* by unpublished opinion per James, J., con-
curred in by Ringold and Petrie, JJ.

[No. 2180-3.   Division Three.   June 13, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVELL
JOYCE, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 19664, Robert J. Willis, J. Pro Tem.,
entered August 30, 1976. *Affirmed* by unpublished opinion
per Munson, C.J., concurred in by Green and Roe, JJ.